Form 704-8B

UNITED STATES BANKRUPTCY COURT  Rev. 1/05
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

In re: )
)
CRYSTAL JO PAYNE SMITH ) Case No. 10-71225
Debtor(s) )
)
) Chapter 7
)

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
APR 29 2011
BY _____ DEPUTY CLERK

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: 4-27-11

Robert E. Wick, Trustee
P. O. Box 8
Bristol, VA 24203
(276) 466-4488

CERTIFICATE OF SERVICE

This is to certify that I, R. E. Wick, either electronically or by U. S. Mail served a copy of the foregoing on the Debtor, Debtor's Attorney, U. S. Trustee's Office; MCNB Bank & Trust Company; LVNV Funding, LLC on this the 27 day of APRIL, 2011.

R. E. Wick

In Re:   CRYSTAL JO PAYNE SMITH
         Chapter 7
         Case No.: 10-71225

| Claim No. | Creditor | Reference: | Amount |
|---|---|---|---|
| 1 | MCNB Bank & Trust Co.<br>75 Wyoming Street<br>P O Box 549<br>Welch, WV   24801-0549 | Consumer Overdraft Protection | $ .01 |
| 13 | LVNV Funding LLC<br>Resurgent Capital Services<br>P O Box 10587<br>Greenville, SC   29603-0587 | 7815 | $4.07 |